# Exhibit 1

THE JOHNS HOPKINS FEDERAL CREDIT UNION
Baltimore, MD 21205
410-534-4500
800-JHFCU70
www.jhfcu.org

10/07/19

TWENTY THOUSAND AND 00/100 DOLLARS                                    $20,000.00

DAVID R. LYNN
10491 RT 108 COLUMBIA MD 21044

*AUTHORIZED SIGNATURE*

⑈11003787⑈  ⑆061103056⑆014121008046 3⑈

063102152< 10/07/2019 0009952422

434901 0005 00309

083102152< 10/07/2019 0009952422