# Exhibit 3

## ATTACHMENT C

## NOTICE OF REBUTTAL TO CYNTHIA LYNN'S NOTARIZED LETTER

### DATED 12/05/2023

Message received from Cynthia Lynn (+14102278479) 11/27/2019 12:02:37 PM

**CL**

> When we spoke last week, you had agreed to have them by today, as I have to have the paid rental agreement with deposit before I submit the application to the County to give you occupancy. We have very little time left before the your move in date. This amount is usually paid at the beginning, but we allowed you to spread it because of the renovations.
>
> It is just time now to wrap up the package and get the license ready to get you moved in. You said that Fredy committed to being finished on time?
>
> It is all coming together ... we want to make it work for you and are very happy for you. You seem to be a a perfect fit for this property.

Message received from Cynthia Lynn (+14102278479) 11/27/2019 1:33:36 PM



If you will permit me to explain :

You have two different contracts.

One is the offer to purchase, which included the down payment to purchase the property.

The other is the lease agreement, which allows you to rent the property until the agreed upon settlement date.

Unfortunately the laws for purchasing a property are not the same or even in the same department, as leasing the property.

We agree to use the 20,000 down payment on the purchase, for the renovations, not the Lease

In as much as the renovations took on a more customized approach, which better suited your end use, the costs for renovations have increased considerably.

We have added more of our funds to the mix, as have you. I believe that when finished, it will be exactly what you had envisioned.

Certainly much more than we planned on, but we are delighted that you had the vision to make it what it should be all along.

That being said, we still have a second authority to answer to- and that is the license for the lease.

That doesn't happen until the rent and deposit are paid in full.

That is a completely different category.

We are also guaranteeing you complimentary living space on the event that there is any hold up in getting you in on the 15th, do that you don't lose any time.

Message received from Cynthia Lynn (+14102278479) 10/25/2019 3:45:53 PM

Hello Dr Gainer- I know it is last minute, but I would very much appreciate it if you could help out in any way.

Even if you could pay your deposit and first months rent right away. The funds have been flying out as the contractor discovered things that really needed replacing that we did not expect. The house now has all new plywood in roof, flooring, walls, new drywall and insulation on roof and sunroom that we had not anticipated.

But we wanted to me sure that you had a sound house.  We are scheduling the

HVAC and plumbing for next week. Please consider this request favorably.

Thank you Cynthia


Message received from Cynthia Lynn (+14102278479) 12/3/2019 8:58:46 PM

