# Exhibit 4

**Message received from Cynthia Lynn (+14102278479) 10/6/2019 1:54:43 PM**

I'm ok with making it a little later. Please let me know. Thx!

---10/7/2019---

**Message received from Cynthia Lynn (+14102278479) 10/7/2019 1:44:29 PM**

Good afternoon! How is your time looking today? Are we still on for 2:00?

**Message sent 10/7/2019 2:08:13 PM**

Good afternoon Ms Cynthia
I am leaving Johns Hopkins University campus Homewood, Baltimore now. Should be at the end by 3:00pm. Thanks

**Message received from Cynthia Lynn (+14102278479) 10/7/2019 2:10:37 PM**

Great. See you then!

---10/10/2019---

**Message sent 10/10/2019 4:32:16 PM**

Good afternoon Ms Cynthia
Please send me the footage of livable space in the basement.   Thanks
Peace

**Message received from Cynthia Lynn (+14102278479) 10/10/2019 5:25:34 PM**

Will do. They are replacing the roof as we speak

**Message received from Cynthia Lynn (+14102278479) 10/10/2019 9:01:22 PM**

I will have the tractor measure the basement in the am.

---10/11/2019---

**Message received from Cynthia Lynn (+14102278479) 10/11/2019 10:49:54 AM**

1168 sq ft

**Message received from Cynthia Lynn (+14102278479) 10/11/2019 5:03:02 PM**

Roof

Message received from Cynthia Lynn (+14102278479) 10/11/2019 5:03:06 PM



Putting a new rook an insulation on the whole house and re-doing the sun room.

---

10/12/2019

---

Message sent 10/12/2019 8:20:10 AM

Great thanks for update. Redoing the sun room.   Put in a couple of skylights to let in the sun rays from the roof.  The plants will go crazy.  I do have a "green thumb".
Peace

Message received from Cynthia Lynn (+14102278479) 10/12/2019 8:20:39 AM

If they still can. Great idea

Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:43:26 PM

They can put it skylights but it is an extra charge plus the cost of the skylights. Are you willing to pay them for it? It is cheaper to do it now than later and will probably greatly enhance your comfort

Message sent 10/12/2019 12:44:31 PM

Yes I understand the additional cost.  How much more.?

Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:45:15 PM

I will have to price the skylights - the Labor will be around 700.00

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:46:42 PM**

If you want, you can purchase the skylights and bring them to me. It needs to be done right away before the close in the roof. They need to know the size.

**Message sent 10/12/2019 12:46:52 PM**

Sure that's great. I think it add cheer to the room even on cloudy days. I can bring the money by Monday.

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:47:49 PM**

Wonderful. Are you purchasing the skylights or do you want me to? That is not included in the 700 Labor

**Message sent 10/12/2019 12:51:15 PM**

Ok let me run up to Home Depot and see how much Skylights cost.

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:51:48 PM**

Great idea- 14 2/3 x 48

**Message sent 10/12/2019 12:53:05 PM**

Do you think That's an ideal size for the room.

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:55:30 PM**

I think so. You can also get 36" if you prefer. I found that the taller the skylight, the nicer the effect, especially in the winter. I have a lot of skylights at the Inn.

My long ones are marvelous - you don't really notice them- it just bathes the room in light. The shorter ones cause deep shadows except where the skylight is.

Your choice

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:56:57 PM**

Also- we have contracted for a standard shingle. If you would like pay the difference for an architectural shingle it is a bit more, but lasts longer and looks better.

**Message received from Cynthia Lynn (+14102278479) 10/12/2019 12:57:36 PM**

Why don't you look at them while you are out? I think Lowes has a good selection of the Owens Corning shingles and skylights.

10/13/2019

Message sent 10/13/2019 9:03:36 AM

> Good morning Ms Cynthia
> Looked around in HomeDepot and Lowes. Both places only had fixed Skylights. Lowes said it will take 4 weeks to get vented Skylights. That's ridiculous long wait time.
> It looks like I have to go with fixed.
> Also I am deciding on the number 2 or 3.
> 2 to offset the 2 back windows.
> OR
> 3 to offset the back windows and double door.
> What do you think?

Message sent 10/13/2019 1:45:13 PM

> Someone is checking a few local lumber stores tomorrow Monday morning. I let you know. If the vented Skylights can not be found locally then I will pickup the fixed Skylights and deliver to you on Monday afternoon. Thanks
> Peace

---10/14/2019---

Message received from Cynthia Lynn (+14102278479) 10/14/2019 1:03:34 PM

> What time will you have the skylights? They are moving pretty fast- we don't want you to lose your opportunity! I think Lowes may have the vented skylights

Message sent 10/14/2019 4:35:32 PM

> Hi I have called around to several Lowes, HopeDepot and lumber companies.
> They all have to order. I will pick up the fixed Skylights this evening. Bring them by in the morning before 10:00am.

Message received from Cynthia Lynn (+14102278479) 10/14/2019 4:35:56 PM

> Thank you Frank

---10/15/2019---

Message received from Cynthia Lynn (+14102278479) 10/15/2019 9:56:32 AM

> Good morning! Would you mind giving me a call ? Thank you

Message sent 10/15/2019 10:54:45 AM

> Called. Went straight to voice mail. Please call me when convenient for you. Thanks.

**Message received from Cynthia Lynn (+14102278479) 10/15/2019 6:51:30 PM**

Sorry. Been swamped all day. Heading into a meeting. Would you mind dropping off the check tonight for the skylight installation please? Thank you!

10/16/2019

**Message received from Cynthia Lynn (+14102278479) 10/16/2019 9:01:41 AM**

Good morning! Would you mind calling me right away? The contractor has a few questions about the lighting.

**Message sent 10/16/2019 9:18:22 AM**

Rocket Heater - Liberator Rocket Heaters
https://www.rocketheater.com/buy-a-rocket-heater/

**Message received from Cynthia Lynn (+14102278479) 10/16/2019 9:49:06 AM**

Peralynna@aol.com

PayPal

**Message received from Cynthia Lynn (+14102278479) 10/16/2019 9:54:30 AM**

The lighting is 1000 and the materials for the skylight is an additional 250.

1250.00 total to send through PayPal by noon.

I must pay him for the change orders right away. Thank you

**Message sent 10/16/2019 11:27:24 AM**

https://cptv.org/power-over-parkinsons-2/

**Message sent 10/16/2019 11:28:02 AM**

PBS Documentary (March 2019) - POWER OVER PARKINSON'S 2

**Message received from Cynthia Lynn (+14102278479) 10/16/2019 1:21:33 PM**

Thx!

10/17/2019

Message received from Cynthia Lynn (+14102278479) 10/17/2019 6:08:49 PM





Looking beautiful! The lighting with the 6 lights and 2 skylights is perfect.

Message received from Cynthia Lynn (+14102278479) 10/17/2019 6:12:39 PM

Do you want the washing machine connections to stay in the sunroom or move to the kitchen?

Message received from Cynthia Lynn (+14102278479) 10/17/2019 8:10:36 PM

Let me know right away if you want us to just Carpet the sunroom as it was before or upgrade to tile. He is working on it tomorrow

10/18/2019