Exhibit 24_Police_OnSite

# Exhibit 24