# Exhibit 28

# ATTACHMENT B
# NOTCE OF REBUTTAL TO CYNTHIA LYNN'S NOTARIZED LETTER DATED 12/05/2023.
# STOLEN PRIVATE ITEMS LIST

**$177,844.84 SunRoom**
InnerSoul Tranquility Liquid Sound TablVibra Acusto Table $4,999.00
Audio equipment for VAT Nixtures Amp
Amp fir sound system ti Nagbaokabs
2 mixtures
Light Stream Bio Coils $5,000.00
Level 3 Superwand, 1Oz 18Kt Gold, 2cuffs Light Stream Wand $12,121.00
Quartz Wand Light Stream Quartz W $8,310.28
24-Inch Base, Mantra Coil 7 levels $5,969.10
24-Inch Base, Mantra Coil 7 2 each Light Stream Quad co $5,969.10
Level 1 Sacred Staff on wall $3,128.98
LMMS Effect of Low Magnitude Mechanical Stimu
PlatinumLED Therapy Lights: BIOMAX S6 Units 900 series $1,299.00
$1,299.00
Photobio Modulation $1,299.00
$1,299.00
$1,299.00
$1,299.00
$1,299.00
BIOMAX MOBILE RACK STAND $349.00
BIOMAX MOBILE RACK STAND $349.00
Cryo Therapy $100,000.00
Magnet
Spooky2 Portable Central Generator X Pro Kit $3,109.38
Plasma ball
Ultra Sonic
PEMF Coil
Generator 2 each
Spooky2 Scalar GX Pro Essential Kit
Juvent Micro-Impact Platforms **$6,995.00**
SONIX PROFESSIONAL VC15 $9,995.00
Magnepan Speaker
Spooky bio mat
Spooky portable PEMF
Spooky Black box 2 each connected to computer $2,457.00
Scalar 2 black b ox es
Heaters 2each
Hour Glass Brass lRods was 1 hour
**$ 53,782.99 OzoneRoom**

Ozone Steam Sauna Cabinet by Promolife $9,995.00
O3Arc Plus Digital Ozone Generator $2,495.00
O3Arc Plus Digital Ozone Generator $2,495.00
EverFlo 5 LPM Oxygen Concentrator - New Units Ozone Concentrator $1,149.00
EverFlo 5 LPM Oxygen Concentrator - New Units Ozone Concentrator $1,149.00
Glass cubs
Silicon Cubs
E-Pulse Ultima PEMF $30,000.00
2 small lobes $900.00 2 $1,800.00 $1,800.00
2 large lobes $900.00 2 $1,800.00 $1,800.00
1 mat
Professional Terra Wand $1,000.00
Terra Wand $500.00
Terra Box $600.00
Chi machine
eMachine
Infrared Sauna 3 units
Amp dor Mag systems
Mixture
Magnepan Speaker
Air Purifiers Mike
Fresh Air EcoHome by LT&B Fresh Air Purifier for PEMF $799.99
Ozone Cupping glass a ll Silicone Large an d small
Vigirnal
Oxygen regulator to tanks
Roller Pressure Log cylendar
Hour Glass Complete glass was a 2 hours
$14,094.99 EWOT
EWOT
Oxygen concentrator
EWOTpro Exercise With Oxygen Therapy System $995.00
Oxygen Concentrator
LiveO2 Adaptive Contrast System $5,150.00
Exercise Bike $700.00
High Intensity Training $3,999.99
New Bike
Data Storage 5 Tera Byts Hard Drives
Notebook
Orgone Stones
Sunlight Infred Sauna $3,250.00
$26,881.90 BedRoom
Camera Body Nikon D700 $2,999
Camera Body Nikon D750 $2,300
Nikon AF-S NIKKOR 24-70mm f/2.8Nikon $1,596.95
Nikon AF-S NIKKOR 70-200mm f/2.8G ED VR II Lens $2,096.95
Nikon AF-S NIKKOR 50mm f/1.4G Lens (Refurbished by Nikon USA) $359
filters
21 computer

21 flat screen
Bob Mattress $3,280.00
io Mat Warms Ruby CGM
OrCam MyEye Pro an AI Assistant for People with Low Vision and B $4,250.00
Vue Camera
Thumb Drive Photos
7 Bulk bags of grain rice oats
Safe HallWay Closet
Bonds and Notes
Gold
Silver Liberty
Blood pressure Oxyne
Oxyhen meter
cloths $10,000.00
Credentials
Legal Papers
passport
Social Security Card
Birth Certificate
$34,598.90 Mixture
High Blood Pressure Tonic
HumFuvlic Acidic
2 units 1 in use 1 new in box
4Patriots Sun Kettle XL Solar Water Heater - Portable Thermos Flask
Sun Cure $99.95 2 $199.90 $199.90
GOSUN Fusion Solar Oven and Cooker | Hybrid Electric Grill | Porta $399.00
Mechanical Whole Body GENESIS KINETIC X8 $4,000.00
Distiller
BlendTech Builder
NutriBuillet
Juicer
Refrigerator
Books Rare 500.00 DOLLAR Medicine Paperbacl
Books from Patron
Photos from Briggette
Hemp $30,000
weights Mike 2 sets
Hemp Street value $30,000.00 Different Strains
Refrigerator 20 magnet
Box of Magnets 20
Pantry
Sound Amp Yamaha 7,1
2 mixtures
Amazon 2 circles Alexa
Cove Security system
Collection Glass Cookware
Bidet Bathroom
variants Supplements

**0** Basement
**Massage bed frame**
**Rowing Machine Michael**
**Stove**
**2 Refrigerators**
**Washer**
**Dryer**
**$22,775.00** Quantum Entanglement
**Spooky2 Portable Generator X Pro Remote Kit Generator Count 24**
**$800.00 24 $19,200.00 $19,200.00**
**Sliver Collidal**
**Computer**
**DAVID Digital Audio Video Int Device $575.00**
**PhotoBio Head $3,000.00**
**Lazer watch used to send signals to C.Silver**
**Laser Buds for ear**
**$69,399.00** Electro
**Vibe Stretch**
**weights Mike 2 sets**
**MWO Multi Wav Hand Built 60000**
**Acqu Cure HydrOxy 5000**
**Breathing training Device Build lung capacity sitting on Acqu Cure**
**Massage Bed CERAGEM V4 $3,999.00**
**on BioMat for Original CGM Bed**
**Air Purifers Mike 400**
**Bose System Michael**
**Magnepan Speaker**
**$200,000.00** EECP
**EECP (Enhanced External Counter Pulsation) $200,000.00**
**Bose Sound sound suppressor Headset**
**Small**
**large**
**Medium**
**Massage Bed mats 2 each 1 complete set in basement**
**Chess Set Michael**
**$1,074.00** Car
**Verizon Cable Connection FIOS New in Box Unopened 375**
**Passport**
**Toughbook Panasonic Toughbook Black Cobra CF-31 MK $699.00**
**Software Dragon Speaks**
**Kurzweil 3000**
**Hyundai Sonata SE**

## Grand Total for Stolen Private Items: $600,451.62 USD in value