Frank Gainer Jr.

c/o 8775 Centre Park Dr Ste 423

Columbia, MD 21045

Attorney(s): In Personam Sui Juiris

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT 6500 CHERRYWOOD LANE, GREENBELT, MD 20770

USDC- GREENBELT
'25 JUN 5 PM 12:07

HD

Rev'd by: ___

| | | |
|---|---|---|
| Frank Gainer | ) | CASE# 25-CV-1782 |
| (Plaintiff) | ) | NOTICE OF ERRATA |
| | | LEAVE TO FILE A PHYSICAL EXHIBIT |
| Cynthia Lynn et al | ) | |
| (Defendants(s)) | ) | |

mem. points and authorities:

Take notice that the Plaintiff is filing a Notice of Errata on the above entitled case(s) to request a Leave to File a Physical Exhibit to add video evidence on attached thumb drive as Discovery evidence as Exhibit 30 in the above entitled case; furthermore, the video will show the circumstances on October 25th, 2023, which led to the above entitled case.

Declaration: I declare under the penalty of perjury of the laws of the United States of America's Maryland Republic the foregoing to be true and correct.

(Respectfully submitted)

DATE:                                                                                          x_Gainer Jr. Frank E_

                                                                                                    June 5, 2025