Frank Gainer Jr.

c/o 8775 Centre Park Drive, #423

Columbia, MD 20145

In Personam  Sui Juris



"IGNORANCE OF THE LAW IS NO EXCUSE, ESPECIALLY THOSE PURPORTING TO BE PUBLIC OFFICIALS"

# U.S. District Court

# For the District of Maryland

# Greenbelt 6500 Cherrywood Lane, Greenbelt, MD 20770

| | |
|---|---|
| **Frank Gainer Jr.,** | Case # |
| **Plaintiffs** | **Motion for Court Appointed Attorney** |
| V | **For Jury Trial** |
| **State of Maryland** | |
| **Governor of Maryland Wes Moore** | |
| **Howard County** | |
| **Howard County Executive Calvin Ball** | |
| **Howard County Sheriff's Department** | |
| **Howard County Sheriff Marcus Harris** | |
| **Howard County Police Department** | |
| **Howard County Police Chief Gregory Der** | |

Cynthia Lynn

Defendants

Take notice that the Plaintiff is requesting the Court to appoint an attorney for the Plaintiff provided jury trial is necessary. Jury is hereby demanded on all claims; furthermore, If necessary, Plaintiff demands for all issues to be decided by the Jury demanded, with a Court ordered Attorney appointed for Jury Trial.

Take further notice that the Plaintiff is going through financial hardship due to the circumstances surrounding the case and need the Court to appoint an attorney on behalf of the Plaintiff during Jury Trial provided Jury Trial is necessary.

Take further notice that the Plaintiff seeks to have all attorney fees and Court fees be paid for by the Defendant(s) upon prevailing of this said case.

### Declaration

### Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Request for a Court Appointed Attorney for Jury Trial is true and correct to the best of my knowledge and with honorable intent.

(Respectfully submitted)

By: _Hiney Jr, Frank E._

Date: _June 4, 2025_