# THIRD AND FINAL NOTICE OF CLARIFICATION REGARDING SUMMONS ISSUANCE
# WITH INTENT TO FILE FORMAL COMPLAINT
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND – GREENBELT DIVISION

Re: Frank Gainer Jr. v. State of Maryland, et al.

Civil Action No.: 1:25-cv-01782-ABA

TO:

Catherine M. Stavlas, Clerk of Court, U.S. District Court for the District of Maryland

Janet Fletcher, Case Administration Supervisor, Greenbelt Division

CC:

- The Administrative Office of the U.S. Courts
- Office of the Inspector General for the Judicial Branch
- Judicial Council of the Fourth Circuit
- Federal Judicial Center
- Clerk's Office Oversight – U.S. District Court for the District of Maryland
- The Honorable George L. Russell III, Chief Judge, U.S. District Court for the District of Maryland

Plaintiff, Frank Gainer Jr., respectfully submits this Third and Final Notice of Clarification, now accompanied by formal intent to submit complaints to relevant federal oversight agencies, regarding the ongoing failure of the Clerk's Office to issue summons in the above-captioned matter.

## I. PROCEDURAL HISTORY

1. On June 5, 2025, Plaintiff filed the Complaint, paid the full filing fee of $405.00, and submitted a Motion for Temporary Restraining Order (TRO), with all supporting documents including proposed summons.

2. On August 5, 2025, Plaintiff filed a Motion for Clarification Regarding Issuance of Summons, alerting the Court that:

    - Summons had not yet been issued; and
    - The case was incorrectly labeled as in forma pauperis (IFP), though no such application had been submitted.
    - According to the case manager Clerk Brandon Grosch pursuant to Local Rule 103.2 Section D – Institution of Suit and Pleadings, the clerk cannot issue summons to Pro Se litigant without approval from a judge; however, there isn't a timeframe of when that decision is made (leaving my case in limbo)

3. On August 21, 2025, Plaintiff filed a Motion to Extend Time for Service of Process and a Request for Status Conference, citing delays entirely outside of Plaintiff's control.

4. As of August 27, 2025, there has been no summons issued, no status conference scheduled, and no clarification entered into the record by the Clerk's Office or the Court—despite Plaintiff's full compliance and repeated follow-up.

## II. URGENT NOTICE TO CLERK'S OFFICE OFFICIALS

This notice is addressed directly to:

- Catherine M. Stavlas, Clerk of Court for the District of Maryland; and
- Janet Fletcher, Case Administration Supervisor, Greenbelt Division

as the individuals responsible for document processing, docket accuracy, and issuance of summons under the Federal Rules of Civil Procedure.

Plaintiff respectfully demands:

- Immediate clarification of the status of the summons;
- Immediate correction of the erroneous IFP designation;
- Immediate docket action allowing service upon the Defendants, now nearly three months delayed.

## III. NOTICE OF INTENT TO FILE FORMAL COMPLAINTS

Absent immediate corrective action within five (5) business days of this notice, Plaintiff will initiate formal written complaints to the following regulatory and oversight entities:

1. Office of the Inspector General for the Judicial Branch – for administrative misconduct or neglect.
2. Administrative Office of the U.S. Courts – for mismanagement of court filings, docket errors, and staff accountability.

3. Judicial Council of the Fourth Circuit – for potential violations of procedural due process and to seek judicial review.
4. Federal Judicial Center – for concerns regarding training, policy adherence, and staff conduct in the Greenbelt Division.
5. U.S. House Judiciary Committee (Subcommittee on Courts) – should systemic administrative failure be suspected.

These complaints will include detailed timelines, copies of all filings, and correspondence documenting the failure to issue summons after full compliance with all filing requirements.

## IV. FINAL REQUEST

Plaintiff again urges the Clerk's Office and Court to:

- Issue the summons without further delay;
- Update the docket to reflect the correct fee-paid status;
- Respond formally to the motions currently pending before the Court;
- Schedule a status conference to resolve all procedural and judicial concerns.

Respectfully remitted,

By: *[signature]*

Frank Gainer Jr.

Pro Se Plaintiff

c/o 8775 Centre Park Dr., #423

Columbia, Maryland 21045

Date: August 27, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2025, a copy of the foregoing Third and Final Notice was remitted to the Clerk of the Court for filing. Copies will be remitted to all referenced oversight bodies and a courtesy copy to:

US Courts Administrative Office
1 Columbus Circle Northeast, Washington, DC 20002,
(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 57   )

Office of the Inspector General for the Judicial Branch
950 Pennsylvania Avenue NW Washington, DC 20530-0001,
(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 64   )

Judicial Council of the 4th Circuit
Lewis F. Powell, Jr. United States Courthouse Annex, 1000 East Main Street, Richmond, Virginia 23219-3517,
(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 40   )

Federal Judicial Center
1 Columbus Circle Northeast, Washington, DC 20002,
(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 26   )

Clerks Office Oversight-US District Court for the District of Maryland
6500 Cherrywood Lane, Greenbelt, MD 20770
(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 33   )

The Honorable George L. Russell III

Chief Judge, U.S. District Court for the District of Maryland

101 West Lombard Street

Baltimore, Maryland 21201,

(USPS Certified, Returned Receipt Tracking N0. 9589 0710 5270 2726 8105 19   )

By: *[signature]*

Frank Gainer Jr.